# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

EARY DWAYNE LONDON

VERSUS

PLANK ROAD HOUSE MOVERS AND
DEMOLISHERS

NO.  2026 CW 0658

**AUGUST 10, 2026**

---

In Re:    Plank Road House Movers and Demolishers, applying for
supervisory writs, Office of Workers' Compensation,
District 5, No. 24-06118.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DISMISSED.** This court received correspondence from
counsel for relator advising the parties have settled this
matter and this writ application is moot. Accordingly, this writ
application is dismissed.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT